UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                           :

VICTORIANO TAVAREZ,                       :

                                Plaintiff,       :

                                                          :            21-cv-9840 (VSB)

                   -against-                    :

                                                          :              **ORDER**

RECLAIM REAL LLC,                         :

                                                          :

                                Defendant.   :

                                                            :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff Victoriano Tavarez commenced this action against Defendant Reclaim Real LLC on November 23, 2021. (Doc. 1.) On November 24, 2021, summons was issued to Defendant. (Doc. 4.) The proof of service filed on December 21, 2021 shows that Defendant was served on December 14, 2021. (Doc. 5.) Defendant's answer was due January 4, 2022. To date, Defendant has not appeared or responded to the complaint; nor has Plaintiff taken any action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 1, 2022. If Plaintiff fails to do so or otherwise demonstrate their intention to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  January 19, 2022
           New York, New York

                                                                           Vernon S. Broderick
                                                                           United States District Judge