UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
VICTORIANO TAVAREZ, :
:
                Plaintiff, :
: 21-cv-9840 (VSB)
     -against- :
: **ORDER**
RECLAIM REAL LLC, :
:
              Defendant. :
:
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On January 19, 2022, I issued an order instructing Plaintiff Victoriano Tavarez to seek default judgment against Defendant Reclaim Real LLC by February 1, 2022. (Doc. 6.) To this date, Plaintiff has not taken any action to seek default judgement or otherwise demonstrate their intention to prosecute this litigation; nor has Defendant showed up in this case. Therefore, it is hereby ORDERED that on or before March 15, 2022, Plaintiff shall submit a letter explaining why I should not dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: March 1, 2022
      New York, New York

                                              Vernon S. Broderick
                                              United States District Judge